RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 11/6/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **PATRICK HALL**<br>  LA. DOC #534084<br>VS. | **CIVIL ACTION NO. 09-1131**<br><br>**SECTION P**<br><br>**JUDGE ROBERT G. JAMES** |
| **MOREHOUSE PARISH JAIL, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## RULING

Petitioner Patrick Hall filed this civil rights Complaint pursuant to 18 U.S.C. § 1983, on the bases that Defendants restricted his commissary privileges and denied him access to the grievance procedure. On October 6, 2009, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 10], recommending that the Court dismiss Petitioner's Complaint as frivolous.

Having reviewed the record, including Petitioner's objections, the Court agrees with and ADOPTS the Report and Recommendation of Magistrate Judge Hayes with one minor exception: On page 1 of the Report and Recommendation, the Morehouse Parish Jail ("MPJ") is described as being located in Ruston, Louisiana. The MPJ is located in Bastrop, Louisana.

However, the Court's one correction does not affect the analysis or the conclusion that Petitioner's claims are frivolous and should be dismissed.

MONROE, LOUISIANA, this 6 day of November, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE