RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 11/6/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **PATRICK HALL**<br>    LA. DOC #534084<br>VS. | **CIVIL ACTION NO. 09-1131**<br><br>**SECTION P**<br><br>**JUDGE ROBERT G. JAMES** |
| **MOREHOUSE PARISH JAIL, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, to the extent adopted, after review of the entire record, including Petitioner's objections, and determining that the findings in the Report and Recommendation are correct under the applicable law,

**IT IS ORDERED** that Petitioner's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this 6 day of November, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE